

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No.: 11-1155M
                                )
            Plaintiff,          )   ORDER OF DETENTION
                                )
                                )   [Fed. R. Crim. P. 32.1(a)(6);
        vs.                     )   18 U.S.C. § 3143(a)]
                                )
Raza Karami                     )
            Defendant.          )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern Dist. of Mo. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised pre-trial release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___See PSA report___

1 _____

2 _____

3 _____

4 and/or

5 B. ( ) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: _____

10 _____

11 _____

12 _____

13

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

16

17 Dated: _May 20, 2011_

18

19 _____
20 UNITES STATES MAGISTRATE JUDGE